IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RACHEL A. LUMBRA, | § § § | |
| Plaintiff, | § | |
| v. | § § | No. 1:05-CV1561, GLS/DRH |
| GENERAL NUTRITION CENTER, INC., | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered Plaintiff's, Rachel A. Lumbra ("Lumbra") and Defendant's, General Nutrition Center, Inc. ("GNC"), (collectively the "Parties") Joint Motion for Dismissal with Prejudice. After reviewing the Joint Motion, the Court finds that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that pursuant to the Joint Motion for Dismissal With Prejudice filed by the Parties, the Court hereby orders that this action is hereby DISMISSED WITH PREJUDICE TO THE REFILING OF SAME. All costs and fees are to be borne by the party incurring same.

SIGNED this 8th day of December, 2006.

_____
THE ~~HONORABLE~~ UNITED STATES
DISTRICT JUDGE, presiding

SUBMITTED AND APPROVED:

/s/ Mario D. Cometti
Mario D. Cometti, Esq.
Caplan & Caplan, P.C.,
1707 Central Avenue
Albany, NY 12205
(518) 464-6644
caplanlaw@aol.com

**ATTORNEY FOR PLAINTIFF RACHEL A. LUMBRA**

/s/ Celeste Y. Winford
Ronald M. Gaswirth
Bar Code No. 106296
Texas State Bar No. 07752000
rgaswirth@gardere.com
Celeste Yeager Winford
Bar Code No. 106297
Texas State Bar No. 00797715
cwinford@gardere.com

Gardere Wynne Sewell, L.L.P.
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: 214-999-3000
Facsimile: 214-999-4667

Laurence B. Oppenheimer, Esq.
Bar Roll No. 511322
Mark W. Blanchfield, Esq.
Bar Roll No. 508936
Local Counsel for Defendant
1100 M&T Center
3 Fountain Plaza
Buffalo, NY 14203-1414
(716)856-5400
loppenheimer@hiscockbarclay.com
mblanchfield@hiscockbarclay.com

**ATTORNEYS FOR DEFENDANT GENERAL NUTRITION CENTER, INC.**